IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00646-RPM

LARRY F. WINKLER by and through his heir JOSEPH A. WINKLER,
JOSEPH A. WINKLER as the heir of LARRY F. WINKLER,

        Plaintiff,

v.

CITY OF THORNTON, COLORADO,
CHIEF JIM NURSERY, in his individual capacity,
COMMANDER LEROY CROSS, in his individual capacity,
OFFICER RICHARD STEVENS, in his individual capacity,
OFFICER MATT BROOKS, in his individual capacity,
SERGEANT SHANE HENDRIXSON, in his individual capacity,

        Defendants.

---

## ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **August 16, 2007, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions. The proposed order, original and one copy, on paper, shall be submitted directly to chambers by **August 9, 2007.**

Dated: June 21st, 2007

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge