IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  07-cv-00646-RPM

LARRY F. WINKLER BY AND THROUGH HIS HEIR JOSEPH A. WINKLER,
JOSEPH A. WINKLER AS THE HEIR OF LARRY F. WINKLER

   Plaintiff,

v.

CITY OF THORNTON, COLORADO,
CHIEF JIM NURSEY, in his individual capacity,
COMMANDER LEROY CROSS, in his individual capacity,
OFFICER RICHARD STEVENS, in his individual capacity,
OFFICER MATT BROOKS, in his individual capacity,
SERGEANT SHANE HENDRIXSON, in his individual capacity,

   Defendants.

---

### ORDER GRANTING UNOPPOSED MOTION TO FILE AN AMENDED ANSWER

---

This matter comes before the Court on the Defendants' Unopposed Motion to File an Amended Answer, the Court being fully advised in the premises,

**HEREBY ORDERS** that the Defendants' motion is granted and that Defendants' Amended Answer is deemed filed August 20th, 2007 .

.
DONE this 20th, day of August, 2007.

                                      BY THE COURT:

                                      s/ Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge