**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00646-RPM-CBS

LARRY F. WINKLER by and through his heir JOSEPH A. WINKLER,
JOSEPH A. WINKLER as the heir of LARRY F. WINKLER,

    Plaintiff,

v.

CITY OF THORNTON, COLORADO,
CHIEF JIM NURSEY, in his individual capacity,
COMMANDER LEROY CROSS, in his individual capacity,
OFFICER RICHARD STEVENS, in his individual capacity,
OFFICER MATT BROOKS, in his individual capacity,
SERGENT SHANE HENDRIXSON, in his individual capacity,

    Defendants.

_____

**ORDER**
_____

    UPON Plaintiff's <u>Unopposed</u> Motion to Modify Scheduling Order to extend the deadline for Joinder of Parties and Amendment of Pleadings, up to and including December 17, 2007, the Court, being fully advised in the premises and for good cause shown, hereby:

    GRANTS Plaintiff's Motion and amends the Scheduling Order to extend the deadline for Joinder of Parties and Amendment of Pleadings, up to and including December 17, 2007.

    DATED this 16th day of October, 2007.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____