IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00646-RPM

LARRY F. WINKLER by and through his heir JOSEPH A. WINKLER,
JOSEPH A. WINKLER as the heir of LARRY F. WINKLER,

        Plaintiff,

v.

CITY OF THORNTON, COLORADO,
CHIEF JIM NURSEY, in his individual capacity,
COMMANDER LEROY CROSS, in his individual capacity,
OFFICER RICHARD STEVENS, in his individual capacity,
OFFICER MATT BROOKS, in his individual capacity,
SERGEANT SHANE HENDRIXSON, in his individual capacity,

        Defendants.

_____

ORDER FOR DISMISSAL WITH RESPECT TO INDIVIDUAL DEFENDANTS
_____

        Upon consideration of the Stipulation for Dismissal with Prejudice with Respect to Individual Defendants Only [25] filed on February 15, 2008, it is

        ORDERED that the individual defendants Chief Jim Nursey (incorrectly denominated as Chief Nursery), Commander Leroy Cross, Officer Richard Stevens, Officer Matt Brooks, and Sergeant Shane Hendrixson are dismissed from this case, with prejudice, each party to bear their own costs and attorneys' fees.

        DATED: February 19th, 2008

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge