IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00646-RPM

LARRY F. WINKLER by and through his heir JOSEPH A. WINKLER,
JOSEPH A. WINKLER as the heir of LARRY F. WINKLER,

        Plaintiff,

v.

CITY OF THORNTON, COLORADO,

        Defendant.

_____

## ORDER FOR DISMISSAL
_____

Upon consideration of the Stipulation for Dismissal with Prejudice [26] filed on February 18, 2008, it is

ORDERED that this case is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED: February 19th, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge